UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

STEPHEN FORD,

        Plaintiff,

v.                                                                                    Case No: 2:21-cv-00074-HSO-JCG

THE CITIZENS BANK OF
PHILADELPHIA, EXPERIAN
INFORMATION SOLUTIONS, INC.,
EQUIFAX INFORMATION SERVICES,
LLC, and TRANS UNION, LLC,

        Defendants.

### ORDER OF DISMISSAL WITH PREJUDICE OF TRANS UNION LLC

        Plaintiff Stephen Ford and Defendant Trans Union LLC have announced to the Court that all matters in controversy against Trans Union LLC have been resolved. A Stipulation of Dismissal with Prejudice of Trans Union LLC has been signed and filed with the Court. Having considered the Stipulation of Dismissal with Prejudice of Trans Union LLC, the Court makes and delivers the following ruling:

        IT IS ORDERED that the claims and causes of action that were or could have been asserted herein by Plaintiff Stephen Ford against Defendant Trans Union LLC are in all respects dismissed with prejudice to the refiling of same, with court costs and attorneys' fees to be paid by the party incurring same.

        DATED this 1 day of September 2021.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE